# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 30, 2022

## NO. 03-21-00133-CV

**Eddie Tipton, Appellant**

v.

**State of Oklahoma, ex rel. Lottery Commission, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on March 5, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.